ORAL ARGUMENT SCHEDULED FOR OCTOBER 10

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                            )
CENTER FOR BIOLOGICAL DIVERSITY             )
                                            )
  Petitioners,                    ) No. 12-1238
                                            )
 v.                                    )
                                            )
ENVIRONMENTAL PROTECTION AGENCY             )
                                            )
  Respondents.                    )
_____)

UNOPPOSED MOTION FOR A STAY OF ORAL ARGUMENT
IN LIGHT OF LAPSE OF APPROPRIATIONS

 The United States of America hereby moves for a stay of the October 10, 2013, oral argument date in the above-captioned case.

 1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the Respondent, the United States Environmental Protection Agency. The Department does not know when funding will be restored by Congress.

 2. Absent an appropriation, Department of Justice attorneys and employees of the United States Environmental Protection Agency are prohibited from working, even on a voluntary basis, except in very limited circumstances,

including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.  Undersigned counsel for the Department of Justice therefore requests a stay of the October 10th oral argument date until Congress has restored appropriations to the Department.

4.  If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.  Opposing counsel has authorized counsel for the Government to state that the Petitioners and Intervenors take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 10th oral argument date in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/  Daniel R. Dertke
DANIEL R. DERTKE
United States Department of Justice
Environment & Natural Resources Division

1

                          Environmental Defense Section
                          P.O. Box 7611
                          Washington D.C.  20044
                          Tel:  (202) 514-0994
                          Fax: (202) 514-8865

                          Counsel for Respondents

October 1, 2013

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2013, I electronically filed the foregoing with the Court by using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

                                              /s/ Daniel Dertke
                                              Daniel Dertke